OLIVER GOLDSMITH, Respondent, v. JOHN G. SCHULER, INCORPORATED, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

ALFRED E. FALCK, as Executor, etc., of BARBARA HEPP, Deceased, Respondent, v. HATTIE HEPP, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

KITTIE M. BOND, Respondent, v. JENNIE McKAY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

JOHN F. BARNES and Another, Respondents, v. THE JOHN DAHLQUIST CORPORATION and Another, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

GEORGE HIGGINS, Respondent, v. LeGRAND S. WHEDON, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

RUBY MAY POWLESS, an Infant, by LYMAN W. POWLESS, Her Guardian ad Litem, Respondent, v. ELSIE E. WILKINSON, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

JEFFERSON L. BRANCH, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

ROBERT F. DOBBINS and Another, Respondents, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

JAMES C. NAUGHTON, Respondent, v. THOMAS PIERREPONT and Another, Appellants, Impleaded with Others, Defendants.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

HOBART O. CLARKE, Respondent, v. NEW YORK STATE RAILWAYS, Appellant, Impleaded with Another.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

WARSAW PAPER BOX COMPANY, Respondent, v. MILLER CORSETS, INCORPORATED, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

MIKE DIGIROLOMO, Respondent, v. JOSEPH ROHN, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

EDWARDS X-RAY CORPORATION, Respondent, v. RITTER DENTAL MANUFACTURING COMPANY, INCORPORATED, Appellant.— Appeal dismissed, without costs, upon stipulation filed. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FREDERICK MOEHLAU, Appellant.— Appeal dismissed upon stipulation filed. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS VACANTI, Appellant.— Appeal dismissed upon stipulation filed. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN S. ANZALONE, Appellant.— Appeal dismissed upon stipulation filed. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.